IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | CRIMINAL CASE NO.: |
| v. | * | 1:14-CR-188-AT-GGB |
| | * | |
| 2006 MASERATI QUATTROPORTE, | * | |
| VIN ZAMCE39A060023293; AND | * | |
| 2010 MERCEDES BENZ E350, | * | |
| VIN WDDHF5GB2AA065729 | * | |
| | * | |
| Defendants in Rem. | * | |
| | * | |
| | * | |
| CAPITAL ONE AUTO FINANCE, A | * | |
| DIVISION OF CAPITAL ONE, N.A. | * | |
| Claimant. | * | |
| | * | |

## CLAIM OF INTEREST IN PROPERTY

COMES NOW, Claimant Capital One Auto Finance, a Division of Capital One, N.A., (hereinafter "Capital One") in the above-styled case, by and through undersigned counsel, and hereby files this Claim of Interest in Property pursuant to 21 U.S.C. § 853(n)(2), and hereby states the following:

1.

Capital One holds a valid perfected security interest in that certain as 2006 Maserti Quattroporte, Vechile Identifiy Number: ZAMCE39A060023293, (collectively the "Collateral"), by virtue of a Retail Installment Contract - Simple Finance Charge (the "Contract") attached hereto as Exhibit "A" and Electronic Title Information attached hereto as Exhibit "B".

2.

Capital One holds a valid perfected security interest in that certain 2010 Mercedes Benz E350, Serial Numbers WDDHF5GB2AA065729 (collectively the "Collateral"), by virtue of a Retail Installment Contract - Simple Finance Charge (the "Contract") attached hereto as Exhibit "C" and Certificate of Title attached hereto as Exhibit "D".

491.00007
AJ

3.

Claimant knows of no other parties having an interest in the collateral.

4.

Claimant hereby verifies upon oath and affirmation, under penalty of perjury, that the foregoing is true and correct to the best of his knowledge and belief.

WHEREFORE, Capital One moves this Court for an order terminating the order of forfeiture as to the above-described Collateral, and for such other and further relief as the Court deems just and appropriate.

Dated this 17th day of February, 2015.

/s/ Vanessa A. Leo
Thomas S. Topping, GBN 714716
Vanessa A. Leo, GBN 410598

Topping & Associates, LLC
1930 North Druid Hills Road, Suite B
Atlanta, Georgia 30319
(404)728-0220

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | CRIMINAL CASE NO.: |
| v. | * | 1:14-CR-188-AT-GGB |
| | * | |
| 2006 MASERATI QUATTROPORTE, | * | |
| VIN ZAMCE39A060023293; AND | * | |
| 2010 MERCEDES BENZ E350, | * | |
| VIN WDDHF5GB2AA065729 | * | |
| | * | |
| Defendants in Rem. | * | |
| | * | |
| | * | |
| CAPITAL ONE AUTO FINANCE, A | * | |
| DIVISION OF CAPITAL ONE, N.A. | * | |
| Claimant. | * | |
| | * | |

## VERIFICATION

Personally appeared before the undersigned officer, duly authorized to administer oaths, Sylvia Njue, who after having been duly sworn, deposes and states under oath that the facts set forth in the within and foregoing Pleadings are true and correct.

_____
SYLVIA NJUE
Affiant/ Claimant

Sworn to and subscribed
before me this 17th day of February, 2015.

_____
Notary Public
My Commission Expires: January 12, 2016

THOMAS PUETZ
Notary Public, State of Texas
My Commission Expires
January 12, 2016

491.00007
AJ

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | * CRIMINAL CASE NO.: |
| v. | * 1:14-CR-188-AT-GGB |
| | * |
| 2006 MASERATI QUATTROPORTE, | * |
| VIN ZAMCE39A060023293; AND | * |
| 2010 MERCEDES BENZ E350, | * |
| VIN WDDHF5GB2AA065729 | * |
| | * |
| **Defendants in Rem.** | * |
| | * |
| | * |
| CAPITAL ONE AUTO FINANCE, A | * |
| DIVISION OF CAPITAL ONE, N.A. | * |
| **Claimant.** | * |
| | * |

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney with Topping & Associates, LLC, certify that I am, and at all times hereinafter mentioned was more than 18 years of age; and

That on the 17th day of February 2015, I served a copy of the within *Claim of Interest in Property* filed herein, by first class U.S. Mail with adequate prepaid postage, to said respondents in this matter as follows:

| Michael J. Brown, Esq. | Jerome J. Froelich, Jr., Esq. | John A. Horn, Esq. |
|---|---|---|
| Assistant U.S. Attorney | McKenney & Froelich | United States Attorney |
| U.S. Department of Justice | 1360 Peachtree Street, | U.S. Department of Justice |
| Richard Russell Federal Building | Suite 190 | Richard Russell Federal Building |
| 75 Spring Street S.W. | Atlanta, GA 30309 | 75 Spring Street S.W. |
| Suite 600 | | Suite 600 |
| Atlanta, Georgia 30303 | | Atlanta, Georgia 30303 |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed On: __2/17/15__

By: /s/ Vanessa A. Leo
Thomas S. Topping, GBN 714716
Vanessa A. Leo, GBN 410598

491.00007
AJ

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

Dealer Number: _____ Contract Number: _____

| Buyer Name and Address (including County and Zip Code) | Co-Buyer Name and Address (including County and Zip Code) | Creditor-Seller (Name and Address) |
|---|---|---|
| [redacted] | | ATLANTA USED CARS CENTER, INC.<br>1898 INDUSTRIAL PARK DRIVE<br>MARIETTA, GA 30062<br>ATLANTA USED CARS CENTER, INC.<br>1898 INDUSTRIAL PARK DRIVE<br>MARIETTA, GA 30062 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| Used | 06 | MSRDES BFTDSPR | ZAHCE39A060323293 | ☑ personal, family or household<br>☐ business<br>☐ agricultural |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $3,911.12 |
|---|---|---|---|---|
| 11.86 % | $ 15,465.17 | $ 38,510.81 | $ 53,965.48 | $ 57,827.60 |

### Your Payment Schedule Will Be:
| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 749.89 | Monthly beginning 7/26/11 |

Or As Follows: _____

Late Charge. If payment is not received in full within 10 days after it is due, you will pay a late charge of $50.00 or 5 % of the part of the payment that is late, whichever is less.

Prepayment. If you pay off all your debt early, you will not have to pay a penalty.

Security Interest. You are giving a security interest in the vehicle being purchased.

Additional Information. See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED
1. Cash Price (including $ _____ sales tax) ..... $ 41,529.93
2. Total Downpayment =
   Trade-In: 91 MERCEDES-B S-CLASS
   Gross Trade-In Allowance ..... $ 11,000.00
   Less Pay Off Made By Seller ..... $ 12,000.00
   Equals Net Trade In ..... $ -1,000.00
   + Cash ..... $ 5,000.00
   + Other ..... $ N/A
   (If total downpayment is negative, enter "0" and see 4I below) ..... $ 3,911.12
3. Unpaid Balance of Cash Price (1 minus 2) ..... $ 37,618.81
4. Other Charges Including Amounts Paid to Others on Your Behalf (Seller may keep part of these amounts):
   A. Cost of Optional Credit Insurance Paid to Insurance Company or Companies
      Life ..... $ N/A
      Disability ..... $ N/A
   B. Vendor's Single Interest Insurance Paid to Insurance Company ..... $ N/A
   C. Other Optional Insurance Paid to Insurance Company or Companies ..... $ N/A
   D. Optional Gap Contract ..... $ 375.00
   E. Official Fees Paid to Government Agencies: ..... $ N/A
      To: N/A
      To: N/A
   F. Government Taxes Not Included in Cash Price ..... $ N/A
   G. Government License and/or Registration Fees ..... $ N/A
   H. Government Certificate of Title Fees ..... $ 18.00
   I. Other Charges (Seller must identify who is paid and describe purpose)
      to: _____ for Prior Credit or Lease Balance $ 0.00
      to: _____ for _____ $ N/A
      to: _____ for _____ $ N/A
      to: ATLANTA USED CR for Doc Prep Fee $ 499.00
      to: _____ for _____ $ N/A
      to: _____ for _____ $ N/A
      to: _____ for _____ $ N/A
   Total Other Charges and Amounts Paid to Others on Your Behalf ..... $ 892.00
5. Amount Financed (3+4) ..... $ 38,510.81

Insurance. You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:
**Optional Credit Insurance**
☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability (Buyer Only)
Premium:
Credit Life $ _____ N/A
Credit Disability $ _____ N/A
Insurance Company Name _____
Home Office Address _____

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term is shown for the insurance is shown below.

**Other Optional Insurance**
☐ _____ Type of Insurance _____ Term
Premium $ _____ N/A
Insurance Company Name _____
Home Office Address _____

☐ _____ Type of Insurance _____ Term
Premium $ _____ N/A
Insurance Company Name _____
Home Office Address _____

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X _____ Buyer Signature _____ Date
X _____ Co-Buyer Signature _____ Date

THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.

Returned Check Charge. You agree to pay a charge equal to the greater of $30 or 5% of the check amount if any check you give us is dishonored and we make written demand that you pay us.

☐ VENDOR'S SINGLE INTEREST INSURANCE. If the preceding box is checked, the Creditor requires VSI insurance for the initial term of this contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI insurance is obtained. If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ _____ and is also shown in item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

OPTION: ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before _____ N/A _____ Year _____ SELLER'S INITIALS

OPTIONAL GAP CONTRACT. A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.
Term 72 Mo. _____ Name of Gap Contract: GAP WISE

I want to buy a gap contract.
Buyer Signs X [signature]

## NO COOLING OFF PERIOD

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X _____ Co-Buyer Signs X _____

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

See back for other important agreements.

NOTICE TO THE BUYER: Do not sign this contract before you read it or if it contains any blank spaces. You are entitled to an exact copy of the contract you sign.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X [signature] Date 6/26/11 Co-Buyer Signs X _____ Date _____

Co-Buyers and Other Owners - A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____ Address _____
Seller signs _____ Date _____ By X [signature] Title _____

Seller assigns its interest in this contract to _____ (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse ☐ Assigned without recourse
Seller _____ [signature] _____ By _____ Title _____

LAW FORM NO. 553-GA 1-06
ATLANTA USED CARS CENTER, INC.
ORIGINAL LIENHOLDER


EXHIBIT "A"
Blumberg No. 5119

OTHER IMPORTANT AGREEMENTS

1. **FINANCE CHARGE AND PAYMENTS**
   a. How we will figure Finance Charge: We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.
   b. How we will apply payments. We may apply each Percentage Rate on the unpaid part of the Amount Financed.
   b. How we will apply payments. We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.
   c. How late payments or early payments change what you must pay. We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
   d. You may prepay. You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

2. **YOUR OTHER PROMISES TO US**
   a. If the vehicle is damaged, destroyed, or missing. You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
   b. Using the vehicle. You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.
   c. Security Interest.
      You give us a security interest in:
      • The vehicle and all parts or goods put on it;
      • All money or goods received (proceeds) for the vehicle;
      • All insurance, maintenance, service, or other contracts we finance for you; and
      • All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.
      This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle.
   d. Insurance you must have on the vehicle.
      You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge equal to the Annual Percentage Rate shown on the front of this contract or, at our option, the highest rate the law permits.
      If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
   e. What happens to returned insurance, maintenance, service, or other contract charges. If we obtain a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
   a. You may owe late charges. You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

   b. If you pay late, we may also take the steps described below.
   b. You may have to pay all you owe at once. If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
      • You do not pay any payment on time;
      • You give false, incomplete, or misleading information you owe on this contract at once. Default means:
      • You do not pay any payment on time;
      • You give false, incomplete, or misleading information in a credit application;
      • You start a proceeding in bankruptcy or one is started against you or your property; or
      • You break any agreements in this contract.
      The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.
   c. You may have to pay collection costs. If we hire an attorney to collect what you owe, you will pay 15% of the amount you owe as attorney's fees, plus court costs. We will charge only attorney's fees and court costs to the law permits.
   d. We may take the vehicle from you. If you default, we may take (repossess) the vehicle from you. If we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.
   e. How you can get the vehicle back if we take it. If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.
   f. We will sell the vehicle if you do not get it back. If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
      We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.
   g. What we may do about optional insurance, maintenance, service, or other contracts. This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **WARRANTIES SELLER DISCLAIMS**
   Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.
   This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

5. **Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
   **Spanish Translation:** Guía para compradores de vehículos usados. La información que se ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

6. **Applicable Law**
   Federal law and the law of the state of our address shown on the front of this contract apply to this contract.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only if the "personal, family or household" box in the "Primary Use for Which Purchased" section of this contract is checked. Unless expressly authorized under the Georgia Motor Vehicle Sales Finance Act, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (Debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Form No. 553-GA10R

title management system
Capital One Auto Finance

**dealertrack** technologies

Search  Work Queues  Reports  Utilities  User Setup

Home  Help  Resources  Contact  Log out

## Account

Perfected                                                                Actions»

**VIN/HIN:** ZAMCE39A06O023293   **Status:** Perfected (PT)   **Titling State:** GA   **Year:** 2006
**Account:**                                                                              **LOAN**
                           **Loan:** 1001   **LoanSuffix:** 301   **Branch:** 800   **Make:** QUAT   **Model:** TROPORTE

Primary customer: **PIOMBINO, ADAM C**
Secondary customer:
                                                         Recovery type:
Alert when perfected:  Client   CMS                      Amount Financed: **38510.81**
      Originator: **PLA**                                Financed date: **06/29/2011**
        App. ID: **76312254**                            Booked date: **06/29/2011**
   User Defined 3:                                       Expected payoff date: **06/26/2017**
Lienholder Status Code:                                  Payoff date:
    Business Unit:                                       Perfected date: **7/19/2011**
Dealer ID/Name: **27898 / ATLANTA USED CARS CENTER INC**  State: **GA**
                                                         Account subtype: None
                                                         Expected Contract Type:

## Title
                                                                          Actions»

**VIN/HIN:** ZAMCE39A06O023293   **State:** GA   **Title Number:** 77441211942007    **Title-Electronic**
**Year:** 2006   **Make/Builder:** MASE   **Model:**                                  Perfecting

  Owner(s): **ADAM CHARLES PIOMBINO**           Closed Date:
  Lienholder: **CAPITAL ONE AUTO FINANCE**      Closed Reason:
  Match Type: **AUTOMATIC**                     Document Location:
  Match Date: **7/19/2011**                     State Cancel Reason:
  Issuance Date: **7/19/2011**
  Imported Date: **7/19/2011**



EXHIBIT "B"

Object 006A6LI8 (Page 4 of 36)

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

Contract Number ___001103082098___ Serial Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Creditor-Seller (Name and Address) |
|---|---|---|
| ADAM CHARLES PITOSINO | | ATLANTA USED CARS CENTER INC<br>1070 INDUSTRIAL PARK DR.<br>MARIETTA GA 30062 |
| (Including County and Zip Code)<br>ADAM CHARLES PITOSINO | (Including County and Zip Code) | ATLANTA USED CARS CENTER INC<br>1070 INDUSTRIAL PARK DR.<br>MARIETTA GA 30062<br>(678) 213-4665 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2010 | MERCEDES-BENZ E CLASS | WDDHF5GB2AA065729 | ☒ Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural ☐ _____ |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 6500.00 |
|---|---|---|---|---|
| 4.449 % | $ 3545.66 | $ 24788.50 | $ 28334.16 | $ 34834.16 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 393.53 | Monthly beginning 07/04/13 |

Or As Follows:

Late Charge. If payment is not received in full within ___10___ days after it is due, you will pay a late charge of $ ___50.00___ or ___5___ % of the part of the payment that is late, whichever is less.

Prepayment. If you pay off all your debt early, you will not have to pay a penalty.

Security Interest. You are giving a security interest in the vehicle being purchased.

Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**ITEMIZATION OF AMOUNT FINANCED**
1. Cash Price (including sales tax of $ 1592.60) ........................... $ 30790.50
2. Total Downpayment =
   Trade in 2003 NISSAN 350Z
   (Year) (Make) (Model)
   Gross Trade In Allowance .................. $ 8500.00
   Less Pay Off Made By Seller .............. $ 0.00
   Equals Net Trade In ........................... $ 8500.00
   + Cash .............................................. $ 0.00
   + Other MFG REBATE ...................... $ N/A
   (If total downpayment is negative, enter "0" and see 4i below)
   Total Downpayment .................................. $ 8500.00
3. Unpaid Balance of Cash Price (1 minus 2) ..... $ 22290.50
4. Other Charges Including Amounts Paid to Others for You (Seller may keep part of these amounts):
   A. Cost of Optional Credit Insurance Paid to Insurance Company or Companies:
      Life $ N/A
      Disability $ N/A .......................... $ N/A
   B. Vendor's Single Interest Insurance Paid to Insurance Company .... $ N/A
   C. Other Optional Insurance Paid to Insurance Company or Companies ..... $ N/A
   D. Optional Gap Contract ..................................................... $ N/A
   E. Official Fees Paid to Government Agencies:
      to _____ for _____ $ N/A
      to _____ for _____ $ N/A
      to _____ for _____ $ N/A
   F. Government Taxes Not Included in Cash Price ...... $ N/A
   G. Government License and Registration Fees ......... $ 18.00
   H. Government Certificate of Title Fees ................... $ N/A
   I. Other Charges (Seller must identify who is paid and describe purpose):
      to _____ for Prior Credit or Lease Balance $ N/A
      to _____ for WARRANTY $ 2480.00
      to _____ for Other Fees $ N/A
      to ATLANTA USED CARS/DOC FEE $ N/A
      to _____ for _____ $ N/A
      to _____ for _____ $ N/A
      to _____ for _____ $ N/A
      to _____ for _____ $ N/A
      to _____ for _____ $ N/A
      to _____ for _____ $ N/A
   Total Other Charges and Amounts Paid to Others on Your Behalf ....... $ 2498.00
5. Amount Financed (3 + 4) ................................................... $ 24788.50

Insurance: You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. If you get insurance from us you will pay $ N/A for ___ of coverage.

Optional Credit Insurance
☐ Credit Life ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability ☐ Buyer ☐ Co-Buyer ☐ Both
Premium:
Credit Life $ N/A
Credit Disability $ N/A

Other Optional Insurance
☐ _____ $ N/A for ___
Premium $ N/A
Insurance Company Name _____

☐ _____ $ _____ for ___
Premium $ _____
Insurance Company Name _____

X _____ 05/20/2013
Buyer Signature Date
X _____ 05/20/2013
Co-Buyer Signature Date

THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.

Returned Check Charge. You agree to pay a charge equal to the greater of $30 or 5% of the check amount if any check you give us is dishonored and not made good within the demand that you do so.

OPTION: ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before _____ Year _____ SELLER'S INITIALS _____

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI Insurance). If the preceding box is checked the Creditor requires VSI Insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI Insurance is for the Creditor's sole protection. This Insurance does not protect you interest in the vehicle. You may choose the insurance company through which the VSI Insurance is obtained. If you elect to purchase VSI Insurance through the Creditor, the cost of this Insurance is $ N/A and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

OPTIONAL GAP CONTRACT. A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term ___N/A___ Mos.
Name of Gap Contract _____

I want to buy a gap contract.
Buyer Signs X _____

## NO COOLING OFF PERIOD
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X _____ Co-Buyer Signs X _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See back for other important agreements.
NOTICE TO THE BUYER: Do not sign this contract before you read it or if it contains any blank spaces. You are entitled to an exact copy of the contract you sign.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _____ Date 05/20/2013 Co-Buyer Signs X _____ Date 05/20/2013
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____ Date 05/20/2013 Address _____

Seller signs ___ATLANTA USED CARS CENTER INC___ Date _____ By X _____ Title _____

Seller assigns its interest in this contract to ___CAPITAL ONE AUTO FINANCE___ (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse ☒ Assigned without recourse ☐ Assigned with limited recourse

Seller ___ATLANTA USED CARS CENTER INC___ By _____ Title _____

ORIGINAL LIENHOLDER


Exhibit "C"
Blumberg No. 5119

**OTHER IMPORTANT AGREEMENTS**

1. **FINANCE CHARGE AND PAYMENTS**
   a. How we will figure Finance Charge. We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.
   b. How we will apply payments. We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.
   c. How late payments or early payments change what you must pay. We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
   d. You may prepay. You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

2. **YOUR OTHER PROMISES TO US**
   a. If the vehicle is damaged, destroyed, or missing. You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
   b. Using the vehicle. You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.
   c. Security Interest.
      You give us a security interest in:
      - The vehicle and all parts or goods put on it;
      - All money or goods received (proceeds) for the vehicle;
      - All insurance, maintenance, service, or other contracts we finance for you; and
      - All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.
      This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.
   d. Insurance you must have on the vehicle.
      You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on the front of this contract or, at our option, the highest rate the law permits.
      If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
   e. What happens to returned insurance, maintenance, service, or other contract charges. If we obtain a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
   a. You may owe late charges. You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

   If you pay late, we may also take the steps described below.
   b. You may have to pay all you owe at once. If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
      - You do not pay any payment on time;
      - [illegible] within [illegible] days, which you owe [illegible] any [illegible] you owe on this contract at once. Default means:
      - You do not pay any payment on time;
      - You give false, incomplete, or misleading information on a credit application;
      - You start a proceeding in bankruptcy or one is started against you or your property; or
      - You break any agreements in this contract.
      The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.
   c. You may have to pay collection costs. If we hire an attorney to collect what you owe, you will pay 15% of the amount you owe as attorney's fees, plus court costs. We will charge only attorney's fees and court costs the law permits.
   d. We may take the vehicle from you. If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.
   e. How you can get the vehicle back if we take it. If we repossess the vehicle, you may have a right to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.
   f. We will sell the vehicle if you do not get it back. If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
      We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.
   g. What we may do about optional insurance, maintenance, service, or other contracts. This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **WARRANTIES SELLER DISCLAIMS**
   Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.
   This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

5. **Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
   Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

6. **Servicing and Collection Contacts.**
   You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

7. **Applicable Law**
   Federal law and the law of the state of our address shown on the front of this contract apply to this contract.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

If the goods or services are obtained primarily for business or agricultural use, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract, unless the law allows it.

Page 1 of 2

title management system
Capital One Auto Finance

Account View

Search  Work Queues  Reports  Utilities  User Setup



Home  Help  Resources  Contact  Log out

Perfected

## Account

Actions»

**LOAN**

VIN/HIN: **WDDHF5GB2AA065729**    Loan: **1001**    Status: **Perfected (PT)**    LoanSuffix: **301**    Titling State: **GA**    Year: **2010**    Branch: **800**    Make: **MERZ E350**    Model:

Primary customer: **PIOMBINO, ADAM C**
Secondary customer:

Recovery type:
Amount Financed: **24788.50**
Alert when perfected: ▢ Client  ▢ CMS                Financed date: **05/22/2013**
Originator: **PLA**                                   Booked date: **05/22/2013**
App. ID: **91203026**                      Expected payoff date: **06/04/2019**
User Defined 3:                                       Payoff date:
Lienholder Status Code:                               Perfected date: **6/26/2013**
Business Unit:                                        State: **GA**
Dealer ID/Name: **27898 /ATLANTA USED CARS CENTER INC**    Account subtype: None
                                                      Expected Contract Type:

## Title

Actions»

**Title-Electronic**
Perfecting

VIN/HIN: **WDDHF5GB2AA065729**    State: **GA**    Title Number: **771005131626963**
Year: **2010**    Make/Builder: **MERZ**    Model:

Owner(s): **ADAM CHARLES PIOMBINO**          Closed Date:
Lienholder: **CAPITAL ONE AUTO FINANCE**      Closed Reason:
Match Type: **AUTOMATIC**                     Document Location:
Match Date: **6/26/2013**                     State Cancel Reason:
Issuance Date: **6/26/2013**
Imported Date: **6/26/2013**


EXHIBIT D

https://title.fdielt.com/AccountView/AccountCollateralView.aspx?view=AccountCollateralView    2/9/2015