```
         UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF GEORGIA
               ATLANTA DIVISION

UNITED STATES OF AMERICA,    |
                             |    INDICTMENT NO.:
v.                           |    1:14-CR-0188-AT-GGB
                             |
ANDREW THORESON,             |
     DEFENDANT.              |
```

**DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE**

**COMES NOW** Defendant, **Andrew Thoreson ("Defendant")**, by and through undersigned counsel, and files this, his Motion To Terminate Supervised Release. Pursuant to Rule 32.1(c)(1) of the Federal Rules of Criminal Procedure and 18 U.S.C. §3583(e), Defendant respectfully requests that this Court terminate the balance of his supervised release, and in support of said motion shows this Honorable Court the following:

**STATEMENT OF FACTS**

Defendant pled guilty and was placed on probation on January 8, 2015, for the offense of Conspiracy to Possess with Intent to Distribute Oxycodone. He was sentenced to five years on probation, conditioned upon six months at the Hillsborough County Residential Re-Entry Center in Tampa, Florida; followed by seven months in home confinement. Due to conflicts with Defendant's employment, his sentence was modified so that he immediately began home confinement and the period was extended from seven to thirteen months. Defendant began home confinement

1

on April 24, 2015. On February 2, 2016, Defendant's Motion to Terminate Home Confinement and Electronic Monitoring was granted.

Defendant has faithfully complied with all of his conditions of his sentence. Mr. Thoreson currently lives in Saint Petersburg, Florida and is employed full-time. He currently works in operations and sales at Bob Rocco Enterprises, Inc., DBA Adcom Worldwide, a company located in Tampa, Florida. As a result of his diligent efforts on the job, Defendant was promoted and placed into the company's performance-based monthly bonus program. Defendant has aspirations to one day pursue a supply chain role within a larger company. Defendant is also in the process of buying his first home with his wife, Laura Thoreson, who motivates and supports him. They are scheduled to close on the home this month.

Importantly, Defendant has successfully completed a ten week drug and alcohol treatment program, passed all drug tests administered during the course of the treatment program, and complied with all other requirements imposed on him by his federal sentence and federal supervision guidelines. Underscoring Defendant's commitment in adhering to the requirements of his sentence is the fact that he has not only completed the required 200 hours of community service, but also volunteered 100 additional hours at Daystar Life Center in Saint

Petersburg, Florida. To that end, Mr. Traveis Guy, U.S. Probation Officer, has indicated to counsel for Defendant that when he supervised his release, Defendant always reported on time, complied with all other terms and conditions required by U.S. probation, and has no opposition to the early termination of Mr. Thoreson's supervised release. See Exhibit A. Mr. Guy has indicated to counsel that Mr. Thoreson has been identified as a low-risk offender. Id.

## ARGUMENT AND CITATION OF AUTHORITIES

Pursuant to 18 U.S.C. § 3583(e)(2), federal trial courts have the authority to modify an individual's conditions of supervised release and may terminate a defendant's supervised release obligations after one year pursuant to 18 U.S.C. §3583(e)(1) if "it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." Id. Where a motion seeking such relief is filed

> Before modifying the conditions of probation or supervised release, the court must hold a hearing, at which the person has the right to counsel and an opportunity to make a statement and present any information in mitigation.

Fed. R. Crim. Pr. 32.1(c)(1).

Accordingly, for all of the above listed reasons, Mr. Thoreson has served more than one year of supervised release and has demonstrated by his personal conduct during that time that

3

he meets the criteria for early termination based on his good conduct under 18 U.S.C. § 3583(e).

**WHEREFORE,** Defendant moves this court to terminate the balance of his remaining term of federal supervised release; OR, in the alternative, to set a date for a hearing to more fully develop the facts and evidence as to why the relief prayed for should be granted.

Respectfully submitted,

This the 14th day of April, 2017.

S/ L. David Wolfe
L. David Wolfe, P.C.
Georgia Bar No. 773325
Attorney for Defendant
101 Marietta St., N.W., Suite 3325
Atlanta, GA 30303
404-352-5000
profldwolfe@aol.com

```
              UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION

UNITED STATES OF AMERICA,     |
                              |    INDICTMENT NO.:
v.                            |    1:14-CR-0188-AT-GGB
                              |
ANDREW THORESON,              |
     DEFENDANT.               |
```

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing **Motion To Terminate Supervised Release** the following individual by electronic filing, which will automatically send email notification of such filing to the following:

**Brock Brockington**
Assistant United States Attorney
Suite 600, United States Courthouse
Richard Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303
404-581-6000
brock.brockington@usdoj.gov

This the 14th day of April, 2017.

S/ L. David Wolfe
L. David Wolfe, P.C.
Georgia Bar No. 773325
Attorney for Defendant
101 Marietta St., N.W., Suite 3325
Atlanta, GA 30303
404-352-5000
profldwolfe@aol.com

5