# L David Wolfe, PC

Marc Robinson <marc@ldavidwolfe.com>

## Andrew Thoreson
3 messages

---

**Marc Robinson** <marc@ldavidwolfe.com>  
To: traveis_guy@flmp.uscourts.gov

Fri, Mar 24, 2017 at 2:30 PM

Officer Guy:

Good afternoon. Pursuant to our telephone conversation on March 24, 2017, I'm writing to confirm that you have no opposition to Mr. Thoreson's supervised release being terminated early.

It is my understanding, based on our conversation, that Mr. Thoreson consistently reported to you on time, completed a drug and alcohol program, passed all drug screens, and timely completed all the special conditions of his supervised release. As a result of his diligent efforts, Mr. Thoreson was identified as a low-risk offender and placed on administrative supervision.

Please respond back to this email confirming that all of the above-mentioned information is correct and that you do not oppose our petition to terminate Mr. Thoreson's supervised release.

Thank you very much for you time.

Sincerely,

Marc D. Robinson, Esq.
L. David Wolfe, P.C.
marc@ldavidwolfe.com
404.352.5000

---

**Marc Robinson** <marc@ldavidwolfe.com>  
To: traveis_guy@flmp.uscourts.gov

Thu, Mar 30, 2017 at 12:44 PM

Officer Guy:

Good afternoon. Please let me know if you received my email (below) on March 24, 2017, with regard to our motion to terminate Andrew Thoreson's supervised release. I have been having issues with my emails.

Thank you for all your time and consideration.

Sincerely,

Marc D. Robinson
[Quoted text hidden]

---

**Traveis_Guy@flmp.uscourts.gov** <Traveis_Guy@flmp.uscourts.gov>  
To: Marc Robinson <marc@ldavidwolfe.com>

Fri, Mar 31, 2017 at 8:03 AM

Hi Marc-

I received your email. We have no objection to Mr. Thoreson's request for early termination request. He has complied with the standard and special conditions of supervision and has been identified as a low risk offender.

Thanks



**Traveis Guy**  
**United States Probation Officer**  
**Middle District of Florida**  
Phone (813)301-5878  
Cell (813)415-8377  
Traveis_guy@flmp.uscourts.gov



EXHIBIT A

| | |
|---|---|
| From: | Marc Robinson <marc@ldavidwolfe.com> |
| To: | traveis_guy@flmp.uscourts.gov |
| Date: | 03/30/2017 12:45 PM |
| Subject: | Fwd: Andrew Thoreson |

[Quoted text hidden]